In the Matter of the Application of CHARLES M. COSS to Cancel the Satisfactions of Certain Mortgages and Restore a Lien of Priority on Certain Lands.

CHARLES M. COSS et al., Appellants; HENRY DE FREEST, as Executor of RICHARD M. DE FREEST, Deceased, Respondent.

*Matter of Coss*, 144 App. Div. 832, appeal dismissed.
(Submitted February 12, 1912; decided February 20, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 2, 1911, which reversed an order of Special Term granting an application to cancel certain satisfactions of mortgages and dismissed the proceeding.

The motion was made upon the ground that the order appealed from was not a final order and did not decide the merits of the controversy.

*John Scanlon* for motion.

*Andrew P. McKean* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.